Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MEYER NOKRANSKY, Respondent, for Compensation under the Workmen's Compensation Law, v. MOSSON BROTHERS, Employers, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.